1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  FERNANDO GASTELUM,                    )   Case No.: 1:21-cv-1330 AWI JLT
                                          )
12              Plaintiff,                )
                                          )   ORDER TO THE PLAINTIFF TO SHOW CAUSE
13       v.                               )   WHY SANCTIONS SHOULD NOT BE IMPOSED
                                          )   FOR FAILURE TO PROSECUTE THIS ACTION
14  NORTHWEST TARGET LLC,                 )   AND COMPLY WITH THE COURT'S ORDERS;
                                          )   ORDER CONTINUING THE SCHEDULING
15              Defendant.                )   CONFERENCE
                                          )
16  _____

17        The plaintiff initiated this action on September 3, 2021. (Doc. 1) The Clerk of Court issued the

18  summons on September 8, 2021 and the order setting the mandatory scheduling conference (Docs. 2, 3)

19  The order setting the mandatory scheduling conference reads,

20        The Court is unable to conduct a scheduling conference until defendants have been
          served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
21        pursue service of summons and complaint and dismiss those defendants against whom
          plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of
22        the summons and complaint so the Court has a record of service. Counsel are referred
          to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint
23        Failure to timely serve the summons and complaint may result in the imposition of
          sanctions, including the dismissal of unserved defendants.
24

25  (Doc. 3 at 1) Though the plaintiff has not filed a proof of service, the parties stipulated to allow the

26  defendant an extension of time to November 1, 2021 to file the responsive pleading. The defendant has

27  not filed a responsive pleading and the plaintiff has not sought default. Therefore, the Court **ORDERS**:

28        1.      **<u>No later than December 3, 2021,</u>** the plaintiff **SHALL** show cause why sanctions

1

should not be imposed for the failure to prosecute this action and to serve the summons and complaint in a timely fashion as ordered. Alternatively, the plaintiff may file a proof of service demonstrating the summons and complaint has been served

2.     The scheduling conference is **CONTINUED** to **January 10, 2022 at 8:30 a.m.**

Failure to respond may result in the Court recommending dismissal of the action.

IT IS SO ORDERED.

Dated:   **November 17, 2021**                    **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE