**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST TARGET LLC,<br><br>　　　　　Defendant. | )  Case No.: 1:21-cv-1330 AWI JLT<br>)<br>)  ORDER DISCHARGING ORDER TO SHOW<br>)  CAUSE; ORDER AFTER NOTICE OF<br>)  SETTLEMENT<br>)  (Docs. 6, 7)<br>)<br>)<br>) |

Because the plaintiff had not filed proof of service, the Court ordered the plaintiff to show cause why sanctions should not be imposed (Doc. 6). In response, the plaintiff notified the Court that the matter has settled (Doc. 7). Thus, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**.
2. The stipulation to dismiss the action **SHALL** be filed **no later than January 7, 2022**;
3. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:   **December 4, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE